Brett L. Tolman, United States Attorney (#8821)
Amy J. Oliver, Assistant U.S. Attorney (#8785)
District of Utah
185 South State Street, #300
Salt Lake City, Utah 84111-1506
(801) 325-3319
Email: amy.oliver@usdoj.gov
Associated Local Counsel

Solicitor of Labor
Michael A. Stabler, Regional Solicitor
John Rainwater, Associate Regional Solicitor
  and Special Assistant United States Attorney
Lydia Tzagoloff, Trial Attorney and
  Special Assistant United States Attorney, NY #2631299 (Pro Hac Vice)
1999 Broadway, Suite 1600
Denver, CO  80202
(303) 844-1745
Email: tzagoloff.lydia@dol.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>vs.<br><br>FOOPTUBE, LLC, d/b/a SENSORY SWEEP,<br>and DAVE RUSHTON, individually,<br><br>Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : | Judge Dee Benson<br><br>Case No. 2:09cv00026<br><br>MOTION TO SUPPLEMENT<br>RECORD IN AMENDED PETITION<br>FOR CONTEMPT ADJUDICATION |

Plaintiff, Secretary of Labor, United States Department of Labor, ("Plaintiff") hereby respectfully moves the Court to supplement the record in the Amended Petition for Contempt Adjudication filed on August 14, 2009. Plaintiff seeks to supplement the record with party admissions that go directly to issues in the contempt petition. In support, Plaintiff states as follows:

1.      Plaintiff initially filed her Petition for Contempt Adjudication on June 26, 2009. Thereafter, Plaintiff filed an Amended Petition for Contempt Adjudication on August 14, 2009, to include the back wage liability of $942,429.09 which came due on August 10, 2009.

2. In response to the initial Petition for Contempt, Defendants' counsel requested an evidentiary hearing. That same day, Defendants' counsel moved to withdraw (the Court subsequently granted the motion). Defendants did not answer the Amended Petition for Contempt. To date, there has been no notice of appearance of new counsel for Defendants.

3. Plaintiff took Defendant Dave Rushton's deposition on August 31, 2009. During the course of the deposition, Mr. Rushton admitted that he had missed some payrolls after entering into the Consent Injunction. *See* Deposition of Dave Rushton ("Rushton Depo.") at 44, lines 18-24 (attached as Exhibit A). In addition, Mr. Rushton admitted that he did not pay any of the back wage liability and anticipated he would not be able to pay any of the back wage liability. *See* Rushton Depo. at 52, lines 7-18 (attached as Exhibit B). In short, Defendants have not complied with the Court's Judgment and Plaintiff's Amended Petition for Contempt should be granted in whole. A proposed order granting the Motion to Supplement is attached.

Respectfully submitted,

Solicitor of Labor

Michael A. Stabler, Regional Solicitor
John Rainwater, Associate Regional
Solicitor
    Assistant United States Attorney

/s/ Lydia Tzagoloff
Lydia Tzagoloff, Trial Attorney and Special
    Assistant United States Attorney

United States Department of Labor

2

Attorneys for Plaintiff

Brett L. Tolman, United States Attorney
District of Utah

Amy J. Oliver
Assistant U.S. Attorney

Associated Local Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on October 6, 2009, I electronically filed the Motion to Supplement Record in Amended Petition for Contempt Adjudication with the Court using the CM/ECF filing system and, because the Court granted counsel of record's motion to withdraw and no appearance has been entered by substitute counsel, the motion has been mailed, via first class mail postage prepaid, to the below adressees. Because certified mail has been returned as unclaimed, the motion is being mailed only via regular first class mail.

Dave Rushton
10711 Cedar Brook Place
South Jordan, UT 84095

Fooptube LLC d/b/a Sensory Sweep
c/o Dave Rushton
10711 Cedar Brook Place
South Jordan, UT 84095

/s/ Lydia Tzagoloff

3